632

405 A.2d 550

Commonwealth v. Stevanus, Appellant.

Submitted September 15, 1978. Theodore S. Danforth, Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence of the lower court is hereby affirmed.

405 A.2d 550

Commonwealth v. Whitfield, Appellant.

Submitted June 12, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.